IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ROGER C. DAY,** : | |
| : | |
| Petitioner, : | |
| : | |
| vs. : | 5:05-CV-54 (CAR) |
| : | |
| **L. STEVEN BENTON, Warden, and** : | |
| **MILTON E. NIX, JR.,** : | |
| : | |
| Respondents. : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 16] to grant Respondents Benton and Nix's Motion to Dismiss. Plaintiff filed an objection to this recommendation. [Doc. 18]. Having considered the matter, this Court agrees with the Recommendation; it is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 24th day of June, 2005.

                                                                         **s/ C. ASHLEY ROYAL**
                                                                         C. ASHLEY ROYAL
                                                                         UNITED STATES DISTRICT JUDGE

LTH/jec